No. 4810.—Quiñones y Quiñones, aplte., *v.* La Central Eureka, Inc., aplda. — C. D. Mayagüez. ▮▮▮▮▮ Enero 17, 1929. Atendidas las razones alegadas por la apelante en la anterior moción de reconsideración, se declara la misma con lugar y en su consecuencia se anula la resolución de diciembre 18, 1928, y se reinstala el recurso de apelación desestimado.

No. 4855.—Lloveras Soler, apldo., *v.* Rodríguez, aplte.— C. D. San Juan. ▮▮▮▮▮ Enero 17, 1929. Estando paralizada en la corte inferior desde el 29 de mayo de 1928 la apelación interpuesta por el demandado contra la sentencia dictada en este caso, sin que tampoco haya sido radicada en este tribunal la transcripción de los autos, debemos desestimar y desestimamos el presente recurso.

No. 3694.—Ex Parte Rafael Figueroa, peticionario.— ▮▮▮▮▮ Enero 17, 1929. Considerando los fundamentos de la moción sobre reconsideración que antecede, en relación con el *ratio decidendi* de la opinión en que se funda la sentencia dictada por este tribunal y vistos el texto y la jurisprudencia citada en las notas 95 y 97 del tomo 29 de la obra *Corpus Juris,* páginas 24 y 25, párrafo 17, no ha lugar a la reconsideración solicitada.

El Juez Asociado Señor Wolf no intervino.